# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARRINGTON MORTGAGE
SERVICES, LLC

VERSUS

DARREN G. DESOTO

NO.   2026 CW 0550

**APRIL 21, 2026**

---

In Re:   Darren G. Desoto, applying for supervisory writs, 19th
Judicial District Court, Parish of East Baton Rouge, No.
764740.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**STAY GRANTED; WRIT GRANTED.**  The Sheriff sale of the property
at issue herein, currently scheduled on April 22, 2026, is stayed
until the district court has ruled on defendant's motion seeking
injunctive relief.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT